**Nancy L. Alper, Bar No. 411324**
**Senior Assistant Attorney General**
**Office of the Attorney General**
**for the District of Columbia**
**400 6th Street, N.W., 9th Floor**
**Washington, DC 20001**
**Tel: (202) 724-8122**
**Email: Nancy.alper@dc.gov**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Case No. 24-00293** |
| **CASA RUBY, INC.,** | ) | |
| | ) | |
| **Debtor.** | ) | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

**TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE:**

Please note the appearance of Nancy L. Alper, Senior Assistant Attorney General, Office of the Attorney General for the District of Columbia. Pursuant to Section 1109 of Title 11 of the United States Code, 11 U.S.C. § 1109, and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Fed. R. Bk. Pro. R. 2002, 3017, 9007, and 9010, the undersigned requests that all notices and pleadings filed or entered in this case be given to and served upon the following:

Nancy L. Alper
Senior Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 6TH Street, N.W., 9TH Floor
Washington, DC 20001

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which effect or seek to affect in any way any rights or interests of creditors and parties in interest.

Nothing herein constitutes consent to accept service of process under Rule 4 of the Federal Rules of Civil Procedure, made applicable by Rule 7004 of the Federal Rules of Bankruptcy Procedure, or any similar State or Federal law, rule or regulation.

Date: August 28, 2024.

Respectfully submitted,

BRIAN SCHWALB
Attorney General for the District of Columbia

DAVID FISHER
Deputy Attorney General
Commercial Division

/s/ William Burk
WILLIAM BURK
Chief, Land Acquisition and Bankruptcy Section
Bar No. 464349

/s/ Nancy L. Alper
Nancy L. Alper, D.C. Bar No. 04221
Assistant Attorney General
440 Sixth Street, N.W., Suite 900
Washington, DC 20001

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service of Notices and Pleadings was filed and served electronically through the Court's electronic case filing system, this 28th day of August, 2024.

/s/ Nancy L. Alper
Nancy L. Alper